**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:15-cr-0005 cmk

Donnie Brown

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 5-27-15                    _____
                                  DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ 2,475.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 2,500.00 within _____ days/months, or payments of $ 100.00 per month, commencing 6-4-2015 and due on the 4th of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

3 years informal probation; to terminate upon payment.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026~~

~~CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721~~

**CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322** (circled)

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 5-27-15                    _____
                                  U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3